OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 29 2015

WR-41,516-04

Abel Acosta, Clerk

**10/28/2015**
**WILLIS, DEWAYNE DOUGLAS☆ Tr. Ct. No. 36,355-B**
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

PRESORTED
FIRST CLASS

DEWAYNE DOUGLAS WILLIS
STILES UNIT - TDC #1780912
3060 FM 3514.
BEAUMONT, TX 77705